UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GARY GENE HUDSON,

                    Plaintiff,

        -against-                                    5:12-CV-0044 (LEK/ESH)

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

_____

## ORDER

        This matter comes before the Court following a Report-Recommendation filed on March 21,

2013, by the Honorable Earl S. Hines, United States Magistrate Judge, pursuant to 28 U.S.C.

§ 636(b) and Northern District of New York Local Rule 72.3(d).  Dkt. No. 20 ("Report-

Recommendation").

        Within fourteen days after a party has been served with a copy of a magistrate judge's report-

recommendation, the party "may serve and file specific, written objections to the proposed findings

and recommendations."  FED. R. CIV. P. 72(b); L.R. 72.1(c).  "If no objections are filed . . .

reviewing courts should review a report and recommendation for clear error."  Edwards v. Fischer,

414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006); see also Cephas v. Nash, 328 F.3d 98, 107 (2d Cir.

2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate

judge's report waives further judicial review of the point."); Farid v. Bouey, 554 F. Supp. 2d 301,

306 (N.D.N.Y. 2008).

        No objections to the Report-Recommendation were filed in the allotted time period.  After a

thorough review of the Report-Recommendation and the record, the Court has determined that the

Report-Recommendation is not subject to attack for clear error or manifest injustice.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 20) is **APPROVED** and

**ADOPTED in its entirety**; and it is further

**ORDERED**, that the decision of the Commissioner is **AFFIRMED**; and it is further

**ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order upon the parties to this

action.

**IT IS SO ORDERED**.


DATED:          April 10, 2013
               Albany, New York


Lawrence E. Kahn
U.S. District Judge

2